Eastern District of Kentucky
FILED
SEP 7 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

**UNITED STATES OF AMERICA**

V.  INDICTMENT NO. 23-17-DCR-EBA
  18 U.S.C. § 876(c)

**JEROME E. FRANKLIN**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about February 9, 2023, in Floyd County, in the Eastern District of Kentucky, and elsewhere,

**JEROME FRANKLIN**

knowingly deposited in an authorized depository for mail matter to be sent and delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, dated February 8, 2023, addressed to the "Clerk of the United States District Court" at "101 Barr Street Lexington, Kentucky, 40507" and containing a threat to injure the addressee and the person of another who is a United States judge or an official covered by 18 U.S.C. § 1114, to wit: a handwritten letter with the words "I want to personally, Shoot [sic] your Judge right between the eyes with a 38 Special."

All in violation of 18 U.S.C. § 876(c).

A TRUE BILL

███████████████

FOREPERSON

_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 10 years imprisonment, $250,000 fine, and 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.