UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
SEP 7 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO.** 23-17-DCR-EBA

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

**V.**                         **MOTION OF UNITED STATES**
                      **FOR ISSUANCE OF ARREST WARRANT**

**JEROME E. FRANKLIN**                                                 **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **JEROME E. FRANKLIN**, returnable forthwith.

                                                      Respectfully submitted,

                                                      CARLTON S. SHIER IV
                                                      UNITED STATES ATTORNEY

By: /s/ Tashena A. Fannin
             Tashena A. Fannin
             Assistant United States Attorney
             260 W. Vine Street, Suite 300
             Lexington, Kentucky 40507-1612
             (859) 685-4829
             Tashena.fannin@usdoj.gov