Eastern District of Kentucky
FILED

SEP  7 2023

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

**CRIMINAL ACTION NO.** 23-17-DCR-EBA

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**          **MOTION OF UNITED STATES FOR WRIT**
**OF HABEAS CORPUS AD PROSEQUENDUM**


**JEROME E. FRANKLIN**                                        **DEFENDANT**

*   *   *   *   *

The Defendant, **JEROME E. FRANKLIN**, is now confined at the Southeast State

Correctional Complex (SSCC), P.O. Box 1600, in Wheelwright, Kentucky, currently

serving a sentence for violations of Kentucky law.  Accordingly, the United States moves

for a writ of habeas corpus ad prosequendum commanding the jailer to deliver

**FRANKLIN** to the United States Marshal so that **FRANKLIN** may be brought before

this Court for an arraignment and for other proceedings.

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

By:     Tashena A. Fannin
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4829
tashena.fannin@usdoj.gov