Eastern District of Kentucky
FILED

SEP   7 2023

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**CRIMINAL ACTION NO.** 23-17-DCR-EBA

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**          **ORDER GRANTING MOTION OF UNITED STATES
FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**JEROME E. FRANKLIN**                                    **DEFENDANT**

\*   \*   \*   \*   \*

On September 7, 2023, a federal grand jury indicted the Defendant, **JEROME E. FRANKLIN,** on one charge of mailing threatening communications in violation of 18 U.S.C. § 876(c).  **FRANKLIN** is confined at the Southeast State Correctional Complex (SSCC), in Wheelwright, Kentucky where he is currently serving a sentence for violations of Kentucky law.  The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **FRANKLIN** to the United States Marshal so that **FRANKLIN** may be brought before this Court for an arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1)     the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2)      the jailer shall DELIVER **JEROME E. FRANKLIN** to the United

States Marshal for the Eastern District of Kentucky;

(3)      the Marshal shall DELIVER **FRANKLIN** in custody before the

United States District Court at Pikeville, Kentucky, on ~~September 22~~, 2023,

at _1:30 pm_  , for an arraignment on the federal charge against him, and from

time to time thereafter until this case is disposed of; and

(4)      the Marshal shall safely KEEP **FRANKLIN** in custody until he is no

longer needed, at which time the Marshal shall RETURN **FRANKLIN** to the

custody of the jailer; and

(5)      the Clerk shall forward this Order to the United States Marshal (3

certified copies) and to the United States Probation Office.


On this _7th_ day of September 2023.



UNITED STATES MAGISTRATE JUDGE


Copies:        United States Marshal (3 certified copies)
               United States Probation
               Tashena A. Fannin, Assistant United States Attorney